UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Stewart,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jacob & Company Watches, Inc.,<br><br>　　　　　Defendant. | Case No: 1:24-cv-04174-AKH<br><br>Hon. Alvin K. Hellerstein |

## ▇▇▇▇▇▇▇ DEFAULT JUDGMENT

Upon consideration of the plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel Craig B. Sanders and exhibits attached thereto, the Statement of Damages, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against the defendant Jacob & Company Watches, Inc. ("Defendant");

2. Defendant is to pay ~~$90,000.00~~ $30,000 in statutory damages under 17 U.S.C. § 504(c) for Defendant's unauthorized use of three (3) Photographs to promote its high-end fashion accessories, namely, Touch Collection Rose Gold Glove and Choker;

3. Defendant is to pay $2,325.00 in attorneys' fees and $465.40 in costs pursuant to 17 U.S.C. § 505.

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. The Court retains jurisdiction over any matter pertaining to this judgment; and

6. This case is dismissed, and the Clerk of the Court shall remove it from the Court docket.

New York, NY
Dated: Sep 6, 2024

SO ORDERED

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein (U.S.D.J.)